UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                       S1 05 Crim. 0888 (LAK)

JEFFREY STEIN, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Any application to extend the duration of the protective order, dated October 16, 2007, shall be made on or before December 31, 2012. The order shall remain in effect pending further order of the Court in order to permit the parties to make any application any may think appropriate.

        SO ORDERED.

Dated:       December 11, 2012

                                                    Lewis A. Kaplan
                                               United States District Judge